LABOWITZ v. SOLOMON et al.

(City Court of New York, General Term. June 19, 1893.)

Appeal from trial term.

Action by Rudolph Labowitz against Joseph Solomon and Max W. Solomon. From a judgment entered on a verdict in favor of plaintiff on the 10th day of January, 1893, and from an order denying a motion for a new trial, defendants appeal. Affirmed.

Argued before McGOWN and FITZSIMONS, JJ.

Sampter & Fleischman, for appellants.
Jacob Manheim, for respondent.

McGOWN, J. The cause of action, pleadings, and evidence herein are almost identical with those in Labowitz v. Frankfort, 23 N. Y. Supp. 1038, and the same questions of fact and law arose upon the trial herein. For the reasons stated in the opinion this day filed in Labowitz v. Frankfort the judgment and order appealed from must be affirmed, with costs to the respondent.